# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Equal Employment Opportunity Commission

                           Plaintiff,

v.                                   Case No.:
                                   1:09−cv−04272

                                   Honorable Virginia
                                   M. Kendall

WRS Infrastructure and Environment, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 28, 2010:

       MINUTE entry before Honorable Arlander Keys:Motion hearing held on Plaintiffs motion to compel information regarding Defendants investigation of incidents of racial harassment. Defendants response having been filed on 5/25/10, the Plaintiffs reply to said motion to be filed by 6/3/10. The Defendant is to submit to chambers by 6/3/10, the documents at issue for an in camera inspection. The Court will rule by mail.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.