# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4272 | **DATE** | 6/23/2010 |
| **CASE TITLE** | EEOC vs. WRS Infrastructure and Environment, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons explained in the attached Memorandum Opinion and Order, the EEOC's motion to compel [#32] is granted in part; WRS is ordered to produce the following documents from its privilege log: documents 1-7, 9-19, 21-51, 133-143, PRV 166, 280-288, and 300-301. WRS is also directed to allow witnesses to testify concerning their investigation of the noose incident and other complaints by the plaintiffs of racial harassment. The motion to compel is otherwise denied. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to Judge Kendall.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | |
|---|---|---|